In the Matter of the Application and Petition of the Board of Water Supply of the City of New York, etc. Kensico Reservoir, Section No. 5.—

Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.